

**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section - NYA*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

*For hand delivery:*
*Disability Rights Section*
*1425 New York Avenue, NW*
*Washington, DC 20005*

September 22, 2016

Via Email: Laura.Hedge@cao.hctx.net
Laura Beckman Hedge
Assistant County Attorney
Harris County Attorney's Office
1019 Congress St.
15th Floor
Houston, TX 77002

    Re:    *United States v. Harris County*, Case No. 4:16-CV-02331

Dear Ms. Hedge,

    We are writing in response to your September 12, 2016 letter to the Department of Justice (the Department) regarding our on-site inspections of Harris County polling places. In your letter, you request that the Department provide you with the schedule and staff for our on-site surveys of both Early Voting and General Election Day Voting.

    We have not yet determined our schedule or staff for the Early Voting period, but we will schedule those visits to begin at 8:00 a.m. on October 24, 2016, and attempt to complete them as quickly as possible. We envision that we may have two separate teams in the field at the same time for the period of Early Voting. As soon as our plans become more concrete, we will let you know.

    As for the General Election Voting Day, because the County has not yet posted or provided a list of the polling places that will be used, we are unable to provide you with our schedule. We anticipate, however, that we will be on-site for the entirety of the time the polls are open, and we also anticipate at least 8-13 teams. Once we receive the list of polling places, we will provide you with a schedule and our plans for General Election Voting Day. We would appreciate receiving the polling place list as soon as possible so we can determine our schedule.

    In your letter, you raise concerns over the timing of our on-site inspections and the possibility of the Department's teams disrupting or interfering with the election process. Please let me assure you that we are very discrete when we are on-site and we will not interfere with or disrupt the voting process. Each team will be accompanied by a Department attorney who will ensure that our teams will conduct their work in the least obtrusive manner as possible.

Lastly, the Department does not object to your request that the Department's teams be accompanied by someone from the Harris County Attorney's Office during our on-site inspections for both Early Voting and General Election Day Voting, as we already informed you during our telephone conversation of September 1, 2016. We make a similar request of the County and would appreciate a list of the polling places the County intends to review during Early Voting and General Election Day Voting, if any. The Department requests that our staff accompany each County team conducting on-site reviews. If you have any questions or would like to discuss this matter, please email me at Elizabeth.johnson@usdoj.gov or call me at 202-307-3543.

Sincerely,

Elizabeth Johnson
Senior Trial Attorney
Disability Rights Section

cc: Elisabeth Oppenheimer, Trial Attorney
Paxton Warner, Assistant U.S. Attorney
Jimmy Rodriguez, Assistant U.S. Attorney