UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civ. Action No. 4:16-cv-02331 |
| HARRIS COUNTY, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' NOTICE OF WITHDRAWAL OF ITS MOTION FOR EXPEDITED DISCOVERY**

On February 22, 2018, Plaintiff, the United States, filed a Motion for Expedited Discovery (ECF No. 90). Upon conferring with Defendant, Harris County, and based on representations made by Harris County that the surveys at issue in the Motion were conducted in 2016, prior to the November 8, 2016 general election, the United States files this Notice to inform the Court of its withdrawal of its Motion for Expedited Discovery (ECF No. 90). The United States instead seeks to resolve outstanding questions regarding Harris County's surveys and inspections through other discovery methods available under the Federal Rules of Civil Procedure. The United States reserves the right to bring these matters back to the Court if the parties are unable to resolve them.

Dated: February 28, 2018

Respectfully submitted,

| | |
|---|---|
| RYAN K. PATRICK<br>United States Attorney<br>Southern District of Texas | JOHN M. GORE<br>Acting Assistant Attorney General |
| DANIEL DAVID HU<br>Assistant United States Attorney<br>Chief, Civil Division | REBECCA B. BOND<br>Acting Deputy Assistant Attorney General<br>Civil Rights Division |
| JOHN A. SMITH, III<br>Assistant United States Attorney<br>Deputy Chief, Civil Division | ANNE S. RAISH<br>Acting Chief<br>KATHLEEN WOLFE<br>Special Litigation Counsel<br>AMANDA MAISELS<br>Deputy Chief |

E. PAXTON WARNER
Assistant United States Attorney
Southern District No. 555957
Texas Bar No. 24003139
USAO-Southern District of Texas
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78501
Tel. 956-618-8010
Fax. 956-618-8016
Email: paxton.warner@usdoj.gov

/s/ Elizabeth Johnson
ELIZABETH JOHNSON
CHRISTINE KIM
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW-NYA
Washington, D.C. 20530
Telephone: (202) 307-3543
Facsimile: (202) 305-9775
elizabeth.johnson@usdoj.gov
christine.kim2@usdoj.gov

JIMMY A. RODRIGUEZ
Assistant United States Attorney
Southern District No. 572175
Texas Bar No. 24037378
USAO-Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel. 713-567-9532
Fax. 713-718-3303
Email: jimmy.rodriguez2@usdoj.gov

Attorney in Charge for the Plaintiff

## **CERTIFICATE OF SERVICE**

  I, Christine Kim, attorney for the United States of America, hereby certify that on February 28, 2018, I electronically filed the foregoing motion using the ECF system which will send notification to all counsel of record.

                  /s/ Christine Kim
                  Christine Kim